405 A.2d 540

Commonwealth v. Reeves, Appellant.

Submitted October 26, 1978.  Joseph G. Kanfoush, for appellant;  Leo M. Dillon, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

405 A.2d 540

Commonwealth v. Sutherland, Appellant.

Submitted March 13, 1978.  William H. Naugle, for appellant;  Donald L. Reihart, Assistant District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.